IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| TABITHA GRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cv-02233-SEM-KLM |
| | ) | |
| CELINA TSANG, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT TSANG'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COMES NOW Defendant, Dr. Celina Tsang, M.D, by and through her attorneys, Sandberg Phoenix & von Gontard P.C., and, for her Motion to Dismiss Plaintiff's Complaint, states as follows:

1. Defendant filed her Suggestion of Death pursuant to Rule 25(a)(1) on January 20, 2023, after Tabitha Grice's original attorney filed a motion to withdraw indicating Ms. Grice had died and he had not heard from any member of her family despite efforts to reach out to them.

2. Thereafter at a Status Conference on April 27, 2023, the Court dismissed this case for the reason that no substitution of Plaintiff had been made within 90 days pursuant to FRCP 25(a)(1).

3. On May 1, 2023, the court made a docket entry noting that after the case had been dismissed, a relative of the Plaintiff contacted the court requesting additional time to find new counsel and vacated the dismissal and set this matter for a Status Conference May 4, 2023.

4. At the telephone conference on May 4, 2023, Teresa Miller, Tabitha Grice's sister, appeared and requested an additional 30 days to obtain counsel. The court gave Plaintiff an additional 40 days to do so and reset this matter for a Status Conference on June 13, 2023.

23847575.v1

5.       Shortly before the June 13, 2023, attorney Aaron Wiener entered his appearance.

6.       At the June 13, 2023, Status Conference, the Defendant brought up that we still did not have a proper party Plaintiff in this case. The court vacated the pending trial date and directed the parties to discuss the fact there was no proper party Plaintiff and work out discovery schedule before the next Case Management Conference which was to be on August 28, 2023.

7.       On July 26, 2023, the parties' counsel conferred about a plan for the case. During that phone conference Mr. Wiener indicated an Amended Complaint alleging wrongful death would be filed with a proper party Plaintiff before the Status Conference which had been scheduled for August 28, 2023.

8.       The August 28, 2023, Status Conference was vacated due to conflict in the court's schedule.

9.       Today, more than eight (8) months after Defendant filed a Suggestion of Death, there is still no living Plaintiff in this action and there has been no attempt to substitute a proper party Plaintiff.

10.      The language of FRCP 25(a)(1) is clear: "If a motion for substitution is not filed within 90 days after the filing of a statement noting the death of a party, the action by or against the decedent **must** be dismissed." (emphasis added.)

11.      Here, with more than eight (8) months having passed since Defendant filed its Suggestion of Death without any Plaintiff, let alone a proper party Plaintiff, this case must be dismissed pursuant to FRCP 25(a)(1).

WHEREFORE, Defendant respectfully requests that Plaintiff's Complaint be dismissed and for such other and further relief as this Court deems just.

SANDBERG PHOENIX & von GONTARD P.C.

By: */s/ Rodney M. Sharp*
Rodney M. Sharp, #6191776IL
Alejandro S. Valdez, #68528MO
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
rsharp@sandbergphoenix.com
avaldez@sandbergphoenix.com

*Attorneys for Defendant Celina Tsang, M.D.*

### Certificate of Service

I hereby certify that on the 28TH day of August 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Aaron L. Wiener
Patel Law, PC
aaron@patellawteam.com
*Attorney for Plaintiff*

*/s/ Rodney M. Sharp*

23847575.v1